1

Law Office of Michael J. Aed
Michael J. Aed, SBN 204090

2

2115 Kern Street, Suite 1
Fresno, CA 93721

3

Telephone: (559) 825-4600
Facsimile: (559) 272-8411

4

5

Attorney for Defendant

6

7

8

UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

11

UNITED STATES OF AMERICA,

No. 1:20CR-00235-NONE-SKO

12

Plaintiff,

13

v.

**MOTION TO TERMINATE CJA APPOINTMENT OF MICHAEL J. AED AS ATTORNEY OF RECORD AND ORDER**

14

Rodolfo Valdivia

15

Defendant.

16

17

18

19

On December 9, 2020, Defendant Rodolfo Valdivia was indicted on federal charges.

20

CJA Panel Attorney Michael J. Aed was appointed as trial counsel to represent Mr. Valdivia on

21

December 10, 2020 in his criminal case. Mr. Valdivia was sentenced on April 22, 2024. The time

22

for filing a direct appeal was May 6, 2024. No direct appeal was filed. Mr. Valdivia was in

23

custody at sentencing. He was given 200 months. Having completed representation of Mr.

24

Valdivia, CJA attorney Michael J. Aed now moves to terminate his appointment under the

25

Criminal Justice Act.

26

Should Mr. Valdivia require further legal assistance he/she has been advised to contact

27

the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare

28

1   Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360

2   (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

3   Dated:  May 7, 2024                              Respectfully submitted,

4

5                                                   /s/ Michael J. Aed

6                                                   Michael J. Aed
                                                    Defendant, Rodolfo Valdivia

7

8                                          **ORDER**

9         Having reviewed the notice and found that attorney Michael J. Aed has completed the

10  services for which he was appointed, the Court hereby grants attorney Michael J. Aed's request

11  for leave to withdraw as defense counsel in this matter.  Should Defendant seek further legal

12  assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern

13  District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721.  The phone number for

14  the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free).  If appropriate, the office will

15  arrange for the reappointment of counsel to assist Defendant.

16        The Clerk of Court is directed to serve a copy of this order on Defendant Rodolfo

17  Valdivia at the following address and to update the docket to reflect Defendant's pro se status and

18  contact information.

19  3023 E Weldon Ave Fresno, CA 93703

20

21  IT IS SO ORDERED.

22
     Dated:  **May 9, 2024**
23                                                  UNITED STATES DISTRICT JUDGE

24

25

26

27

28